Plaintiff's Certification of Investment of
Zale Corporation

I, Brian Lawyer, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in ZLC security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| See | attached | schedule | A | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _10_ day of _November_, 2009.

_____          1746 Laurel st
Signature                               Address

Brian Lawyer                            Klamath Falls OR 97601
Name (please print)                     City        State      Zip

541 606-9317                            bagood@hotmail.com
Telephone Number                        Email Address

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 10/05/2009 | 1,000 | $6.53 |
| 10/27/2009 | 100 | $6.80 |
| 10/27/2009 | 222 | $6.81 |
| 10/27/2009 | 300 | $7.01 |
| 10/27/2009 | 840 | $6.81 |
| 10/27/2009 | 4,700 | $7.00 |
| 10/28/2009 | 100 | $6.01 |
| 10/28/2009 | 200 | $6.02 |
| 10/28/2009 | 700 | $6.11 |
| 10/28/2009 | 800 | $6.11 |
| 10/28/2009 | 1,500 | $6.59 |
| 10/29/2009 | 100 | $6.49 |
| 10/29/2009 | 15,000 | $6.36 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 10/20/2009 | 162 | $7.79 |
| 10/28/2009 | 100 | $6.01 |
| 10/28/2009 | 200 | $6.01 |
| 10/29/2009 | 2,800 | $6.45 |
| 10/29/2009 | 12,200 | $6.43 |